LAWRENCE G. BROWN
Acting United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEX ZAVALA-TAPIA, et al.,<br><br>  Defendants. | MAG No. 2:09-mj-196 KJM<br><br>STIPULATION AND ORDER WAIVING PRELIMINARY HEARING FOR DEFENDANTS JOSE MENDOZA-GARCIA, MIGUEL MOSQUEDA, AND NORMAN ANGELO MIKE<br><br>Court: Hon. Edmund F. Brennan<br>Date: July 13, 2009<br>Time: 2:00 p.m. |

    It is hereby stipulated by and between plaintiff United States of America, on the one hand, and defendants Jose Mendoza-Garcia, Miguel Abundez Mosqueda, and Norman Angelo Mike, on the other hand, through their respective counsel that:

    1.   Each defense counsel for the defendants listed above has advised his respective client of his client's right under F.R. Crim.P. 5.1 to a timely preliminary examination, and each defendant voluntarily, knowingly, and intelligently waives that right;

    2.   The July 13, 2009, at 2:00 p.m., hearing set for the

preliminary hearing for the defendants listed in this stipulation shall be vacated; and

    3.    The arraignment of these defendants on an Indictment, if any, shall be held on July 31, 2009, at 2:00 p.m.

Dated: July 10, 2009
        LAWRENCE G. BROWN
        Acting United States Attorney

        /s/ Samuel Wong
By: _____
        SAMUEL WONG
        Assistant U.S. Attorney

        /s/ Gilbert Roque

Dated: July 10, 2009    _____
        GILBERT ROQUE
        Attorney for defendant
        Jose Mendoza-Garcia
        (per telephone authorization)

        /s/ Clemente Jiminez

Dated: July 10, 2009    _____
        CLEMENTE JIMINEZ
        Attorney for defendant
        Miguel Abundez Mosqueda
        (per personal authorization)

        /s/ Dwight Samuel

Dated: July 10, 2009    _____
        DWIGHT SAMUEL
        Attorney for defendant
        Norman Angelo Mike
        (per voicemail authorization)

_____

## ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

Dated: July 13, 2009.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE