DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALEX ZAVALA-TAPIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 09-297-WBS |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER** |
| | ) | |
| ALEX ZAVALA-TAPIA, | ) | DATE:   August 17, 2009 |
| JOSE MENDOZA-GARCIA, | ) | TIME:   8:30 a.m. |
| MIGUEL ABUNDEZ MOSQUEDA, | ) | JUDGE:  Hon. William B. Shubb |
| NORMAN ANGELO MIKE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

     It is hereby stipulated and agreed to between the United States of America through SAMUEL WONG, Assistant U.S. Attorney, and defendants, ALEX ZAVALA-TAPIA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and JOSE MENDOZA-GARCIA by and through his counsel, GILBERT A. ROQUE, and MIGUEL ABUNDEZ MOSQUEDA by and through his counsel, CLEMENTE M. JIMENEZ and NORMAN ANGELO MIKE by and through his counsel, DWIGHT M. SAMUEL that the status conference set for Monday, August 17, 2009 be continued to Monday, September 14, 2009 at 8:30 a.m..

     The reason for this continuance is to allow defense counsel

1  additional time to review discovery with the defendants, to examine
2  possible defenses and to continue investigating the facts of the case.
3      It is further stipulated that the time period from the date of this
4  stipulation, August 13, 2009, through and including the date of the new
5  status conference hearing, September 14 2009, shall be excluded from
6  computation of time within which the trial of this matter must be
7  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
8  (h)(7)(A)&(B)(iv)and Local Code T4 [reasonable time for defense counsel
9  to prepare].

11 DATED: August 13, 2009          Respectfully submitted,
                                   DANIEL J. BRODERICK
12                                 Federal Defender

13                                 /s/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
14                                 Assistant Federal Defender
                                   Attorney for Defendant
15                                 ALEX ZAVALA-TAPIA

16                                 /s/ Benjamin Galloway for
                                   GILBERT A. ROQUE
17                                 Attorney for Defendant
                                   JOSE MENDOZA-GARCIA
18
                                   /s/ Benjamin Galloway for
19                                 CLEMENTE M. JIMENEZ
                                   Attorney for Defendant
20                                 MIGUEL ABUNDEZ MOSQUEDA

21                                 /s/ Benjamin Galloway for
                                   DWIGHT M. SAMUEL
22                                 Attorney for Defendant
                                   NORMAN ANGELO MIKE
23

24
   DATED: August 13, 2009          LAWRENCE G. BROWN
25                                 United States Attorney

26                                 /s/ Benjamin Galloway for
                                   SAMUEL WONG
27                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
28

1   **O R D E R**

2   **IT IS SO ORDERED.** Time is excluded from the date of the parties'
3   stipulation, August 13, 2009, through and including September 14, 2009
4   in the interests of justice pursuant to 18 U.S.C.
5   §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.
6   The Court finds that the failure to grant a continuance in this case
7   would deny each defense counsel reasonable time necessary for effective
8   preparation of his respective client's case, taking into account the
9   exercise of due diligence.  The Court specifically finds that the ends
10  of justice served by the granting of such continuance outweigh the
11  interests of the public and defendants in a speedy trial.
12      It is so ordered.

15  DATED:   August 14, 2009

    WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

3