DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
NORMAN ANGELO MIKE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-297 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| ALEX ZAVALA-TAPIA, et al., ) | |
| Defendants. ) | |
| _____ ) | |

It is hereby stipulated and agreed to between Norman Mike, Alex Zavala-Tapia, Jose Mendoza-Garcia and Miguel Abundez Mosqueda, by and through their respective counsel, Dwight M. Samuel, Benjamin Galloway, Gilbert Roque, and Clemente M. Jimenenz and United States of America, by and through Samuel Wong, Assistant United States Attorney, that the status conference presently set for Monday, September 14, 2009 be vacated and rescheduled for a status conference on Monday, November 23, 2009, at 9:00 a.m.  This case involves serious drug and firearms charges with a possible maximum life sentence.  Defense counsel and their clients desire additional time to research the law, investigate the facts, and communicate amongst themselves regarding the handling of this case.  This process is made more difficult because some of the defendants are Spanish language speakers and interpreters will be necessary

1  to translate the discovery and other documents written in the English language.

2      It is further stipulated that the period from the date of this stipulation, September 11,

3  2009, through and including November 23, 2009, be excluded in computing the time within

4  which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §

5  3161(h)(7)(B)(iv) and Local Code T-4 for preparation of defense counsel.

6  Respectfully submitted,

7  Dated: September 10, 2009

8          /s/ Dwight M.. Samuel
        DWIGHT M. SAMUEL
9          Attorney for Defendant, Norman A. Mike

10 Dated: September 10, 2009

11         /s/ Gilbert Roque[1]
        GILBERT ROQUE
12         Attorney for Defendant, Jose Mendoza-Garcia

13 Dated: September 10, 2009

14         /s/ Clemente M. Jimenz[2]
        CLEMENTE M. JIMENZ
        Attorney for Defendant, Miguel Abundez

15 Mosqueda

16 Dated: September 10, 2009

17         /s/ Benjamin D. Galloway[3]
        BENJAMIN D. GALLOWAY
18         Attorney for Defendant, Alex Zavala-Tapia

19
Dated: September 11, 2009    LAWRENCE G. BROWN
20         United States Attorney

21
        By:  /s/Samuel Wong[4]
22         SAMUEL WONG
        Assistant United States Attorney
23

24 _____

25    [1] Signed per telephonic authorization.

26    [2] Signed per telephonic authorization.

27    [3] Signed per telephonic authorization.

28    [4] Signed per email authorization.

ORDER

The Court having received, read, and considered the parties' stipulation, and GOOD CAUSE APPEARING therefrom, it is hereby ordered that the September 14, 2009, status conference be continued to until November 23, 2009 at 8:30 a.m.  The Court finds that the ends of justice served by the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.  The Court finds that the failure to grant the requested continuance would deny the defendants' counsel reasonable time for effective preparation taking into account the exercise of due diligence.  THEREFORE, IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of the parties' stipulation, September 11, 2009, until November 23, 2009.

IT IS SO ORDERED.

Dated:   September 14, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE