DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
NORMAN ANGELO MIKE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. CR-S-09-297 WBS |
| ) | |
| Plaintiff,         ) | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE |
| ) | |
| v.         ) | |
| ) | |
| ALEX ZAVALA-TAPIA, et al.,         ) | |
| ) | |
| Defendants.         ) | |
| ) | |
| _____) | |

It is hereby stipulated and agreed to between Norman Mike, Alex Zavala-Tapia, Jose Mendoza-Garcia and Miguel Abundez Mosqueda, by and through their respective counsel, Dwight M. Samuel, Benjamin Galloway, Gilbert Roque, and Clemente M. Jimenenz and United States of America, by and through Samuel Wong, Assistant United States Attorney, that the status conference presently set for Monday, November 23, 2009 be vacated and rescheduled for a status conference on Monday, January 11, 2010, at 9:00 a.m.

Defendants have requested additional discovery from AUSA, William Wong. Additional time is necessary to receive and review the discovery therefore defendants request to continue the status conference.

It is further stipulated that the period from the date of this stipulation, November 20,

1  2009, through and including January 11, 2010, be excluded in computing the time within which
2  trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and
3  Local Code T-4 for preparation of defense counsel.
4  Respectfully submitted,
5  Dated: November 20, 2009

                /s/ Dwight M.. Samuel
                DWIGHT M. SAMUEL
                Attorney for Defendant, Norman A. Mike

8  Dated: November 20, 2009

                /s/ Gilbert Roque[1]
                GILBERT ROQUE
                Attorney for Defendant, Jose Mendoza-Garcia

11  Dated: November 20, 2009

                /s/ Clemente M. Jimenz[2]
                CLEMENTE M. JIMENZ
                Attorney for Defendant, Miguel Abundez
13  Mosqueda

14  Dated: November 20, 2009

                /s/ Benjamin D. Galloway[3]
                BENJAMIN D. GALLOWAY
                Attorney for Defendant, Alex Zavala-Tapia

Dated: November 20, 2009        LAWRENCE G. BROWN
                                          United States Attorney

            By:    /s/Samuel Wong[4]
                    SAMUEL WONG
                    Assistant United States Attorney

---

[1] Signed per email authorization.

[2] Signed per email authorization.

[3] Signed per email authorization.

[4] Signed per email authorization.

ORDER

The Court having received, read, and considered the parties' stipulation, and GOOD CAUSE APPEARING therefrom, it is hereby ordered that the November 23, 2009, status conference be continued to until January 11, 2010 at 8:30 a.m.  The Court finds that the ends of justice served by the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.  The Court finds that the failure to grant the requested continuance would deny the defendants' counsel reasonable time for effective preparation taking into account the exercise of due diligence.  THEREFORE, IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of the parties' stipulation, November 20, 2009, until January 11, 2010.

IT IS SO ORDERED.

Dated:   November 23, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE