DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
NORMAN ANGELO MIKE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR-S-09-297 WBS |
| ) | |
| Plaintiff,  ) | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v.  ) | |
| ALEX ZAVALA-TAPIA, et al.,  ) | |
| Defendants.  ) | |
| _____ ) | |

It is hereby stipulated and agreed to between defendants Norman Mike, Alex Zavala-Tapia, Jose Mendoza-Garcia and Miguel Abundez Mosqueda, by and through their respective counsel, Dwight M. Samuel, Benjamin Galloway, Gilbert Roque, and Clemente M. Jimenez and plaintiff United States of America, by and through Samuel Wong, Assistant United States Attorney, that the status conference presently set for Monday, January 11, 2010 be vacated and rescheduled for a status conference on Monday, March 22, 2010, at 8:30 a.m.

Defendants have requested additional discovery from the United States and additional time is necessary for the United States to obtain and produce the discovery, and defendants to review and investigate the new discovery.  In addition, some of the new discovery may need to be translated from the Spanish language to the English language and additional time is needed to

perform this work. Therefore all parties request that the Court continue the status conference to March 22, 2010. It is further stipulated and agreed by all parties that the period from the date of this stipulation, January 7, 2010, through and including March 22, 2010, be excluded in computing the time within which trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 for preparation of defense counsel.

Respectfully submitted,

Dated: January 7, 2010

    /s/ Dwight M.. Samuel
    DWIGHT M. SAMUEL
    Attorney for Defendant, Norman A. Mike

Dated: January 7, 2010

    /s/ Gilbert Roque[1]
    GILBERT ROQUE
    Attorney for Defendant, Jose Mendoza-Garcia

Dated: January 7, 2010

    /s/ Clemente M. Jimenez[2]
    CLEMENTE M. JIMENEZ
    Attorney for Defendant, Miguel Abundez Mosqueda

Dated: January 7, 2010

    /s/ Benjamin D. Galloway[3]
    BENJAMIN D. GALLOWAY
    Attorney for Defendant, Alex Zavala-Tapia

Dated: January 7, 2010    BENJAMIN B. WAGNER
    United States Attorney

    By:  /s/Samuel Wong[4]
    SAMUEL WONG
    Assistant United States Attorney

---

[1] Signed per email authorization.

[2] Signed per email authorization.

[3] Signed per email authorization.

[4] Signed per email authorization.

ORDER

The Court having received, read, and considered the parties' stipulation, and GOOD CAUSE APPEARING therefrom, it is hereby ordered that the January 11, 2010, status conference be continued to until March 22, 2010, at 8:30 a.m.  The Court finds that the ends of justice served by the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.  The Court finds that the failure to grant the requested continuance would deny the defendants' counsel reasonable time for effective preparation taking into account the exercise of due diligence.  THEREFORE, IT IS FURTHER ORDERED that the period from the date of the parties' stipulation, January 7, 2010, through and including March 22, 2010, be excluded in computing the time within which trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 for preparation of defense counsel.

IT IS SO ORDERED.

Dated:   January 8, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE