DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
NORMAN ANGELO MIKE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-297 WBS |
| ) | AMENDED STIPULATION AND |
| Plaintiff, ) | ~~PROPOSED~~ ORDER |
| ) | CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| ALEX ZAVALA-TAPIA,  et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

It is hereby stipulated and agreed to between Norman Mike, Alex Zavala-Tapia, Jose Mendoza-Garcia and Miguel Abundez Mosqueda, by and through their respective counsel, Dwight M. Samuel, Benjamin Galloway, Gilbert Roque, and Clemente M. Jimenenz and United States of America, by and through Samuel Wong, Assistant United States Attorney, that the status conference presently set for Monday, April 26, 2010 be vacated and rescheduled for a status conference on Monday, May 24, 2010, at 9:00 a.m.  This case involves serious drug and firearms charges with a possible maximum life sentence.  Defense counsel and their clients desire additional time to research the law, investigate the facts, and communicate amongst themselves regarding the handling of this case.  This process is made more difficult because some of the defendants are Spanish language speakers and interpreters will be necessary to translate the discovery and other documents written in the English language.  Also, defendants

have requested additional discovery from the United States which will require more time to produce, and defendants desire to conduct more investigation once that new discovery is produced.

It is further stipulated that the period from the date of this stipulation, April 22, 2010, through and including May 24, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 for preparation of defense counsel.

                                        Respectfully submitted,

Dated: April 22, 2010

                                        /s/ Dwight M.. Samuel
                                        DWIGHT M. SAMUEL
                                        Attorney for Defendant, Norman A. Mike

Dated: April 22, 2010

                                        /s/ Gilbert Roque[1]
                                        GILBERT ROQUE
                                        Attorney for Defendant, Jose Mendoza-Garcia

Dated: April 22, 2010

                                        /s/ Clemente M. Jimenz[2]
                                        CLEMENTE M. JIMENZ
                                        Attorney for Defendant, Miguel Abundez
                                        Mosqueda

Dated: April 22, 2010

                                        /s/ Benjamin D. Galloway[3]
                                        BENJAMIN D. GALLOWAY
                                        Attorney for Defendant, Alex Zavala-Tapia

Dated: April 22, 2010                   BENJAMIN B. WAGNER
                                        United States Attorney

                        By:             /s/Samuel Wong[4]
                                        SAMUEL WONG
                                        Assistant United States Attorney

---

[1] Signed per email authorization.

[2] Signed per telephonic authorization.

[3] Signed per email authorization.

[4] Signed per email/phone authorization.

ORDER

The Court having received, read, and considered the parties' stipulation, and GOOD CAUSE APPEARING therefrom, it is hereby ordered that the April 26, 2010, status conference be continued to until May 24, 2010 at 9:00 a.m.  The Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.  The Court finds that the failure to grant the requested continuance would deny the defendants' counsel reasonable time for effective preparation taking into account the exercise of due diligence.  THEREFORE, IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 from the date of the parties' stipulation, April 22, 2010, until May 24, 2010.

IT IS SO ORDERED.

Dated:   April 23, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE