```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   ALEX ZAVALA-TAPIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEX ZAVALA-TAPIA,<br>JOSE MENDOZA-GARCIA,<br>MIGUEL ABUNDEZ MOSQUEDA,<br>NORMAN ANGELO MIKE,<br><br>        Defendants.<br>_____ | Cr.S. 09-297-WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br><br><br>DATE:  June 21, 2010<br>TIME:  8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through SAMUEL WONG, Assistant U.S. Attorney, and defendants, ALEX ZAVALA-TAPIA by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and JOSE MENDOZA-GARCIA by and through his counsel, GILBERT A. ROQUE, and MIGUEL ABUNDEZ MOSQUEDA by and through his counsel, ROBERT FORKNER, and NORMAN ANGELO MIKE by and through his counsel, DWIGHT M. SAMUEL, that the status conference set for Monday, May 24, 2010, be continued to Monday, June 21, 2010 at 8:30 a.m..

Defense counsel have requested discovery from the government in connection with a potential motion to suppress stemming from the vehicle

1  stop in this case.  The government has provided some discovery with the
2  remainder of the discovery to be produced within two or three business
3  days.  The reason for this continuance is to allow defense counsel
4  additional time to obtain this discovery from the government, review it
5  with the defendants, and complete the investigation of the facts of this
6  case relative to possible motions and defenses.  In addition, counsel for
7  Miguel Abundez Mosqueda was recently added to the case, and requires time
8  to prepare.

9  It is further stipulated that the time period from the date of this
10 stipulation, May 21, 2010, through and including the date of the new
11 status conference hearing, June 21, 2010, shall be excluded from
12 computation of time within which the trial of this matter must be
13 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
14 (h)(7)(A)&(B)(iv)and Local Code T4 [reasonable time for defense counsel
15 to prepare].

DATED: May 21, 2010              Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ALEX ZAVALA-TAPIA

                                 /s/ Benjamin Galloway for
                                 GILBERT A. ROQUE
                                 Attorney for Defendant
                                 JOSE MENDOZA-GARCIA

                                 /s/ Benjamin Galloway for
                                 ROBERT FORKNER
                                 Attorney for Defendant
                                 MIGUEL ABUNDEZ MOSQUEDA

                                 /s/ Benjamin Galloway for
                                 DWIGHT M. SAMUEL
                                 Attorney for Defendant
                                 NORMAN ANGELO MIKE

```
DATED: May 19, 2010          BENJAMIN B. WAGNER
                             United States Attorney


                             /s/ Benjamin Galloway for
                             SAMUEL WONG
                             Assistant U.S. Attorney
                             Attorney for Plaintiff
```

**O R D E R**

The Court having received, read, and considered the parties' stipulation, and GOOD CAUSE APPEARING therefrom, it is hereby ordered that the May 24, 2010, status conference be continued to until June 21, 2010 at 8:30 a.m.  The Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.  The Court finds that the failure to grant the requested continuance would deny the defendants' counsel reasonable time for effective preparation taking into account the exercise of due diligence.  THEREFORE, IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 from the date of the parties' stipulation, May 21, 2010, until June 21, 2010.

**IT IS SO ORDERED.**

DATED:  May 25, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE