DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
NORMAN ANGELO MIKE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-09-297 WBS |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| ALEX ZAVALA-TAPIA, et al., | ) | |
| Defendants. | ) | |

It is hereby stipulated and agreed to between Norman Mike, Alex Zavala-Tapia, Jose Mendoza-Garcia and Miguel Abundez Mosqueda, by and through their respective counsel, Dwight M. Samuel, Benjamin Galloway, Gilbert Roque, and Robert Forkner and United States of America, by and through Samuel Wong, Assistant United States Attorney, that the motion hearing presently set for Monday, October 18, 2010 be vacated and rescheduled for a motion hearing on Monday, December 13, 2010, at 9:00 a.m.

This case involves serious drug and firearms charges with a possible maximum life sentence. Parties seek to continue this hearing to allow both defense counsel and the government to prepare additional prospective documents on the motion to suppress.

It is further stipulated that the period from the date of this stipulation, October 14, 2010,

through and including December 13, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 for preparation of defense counsel.

Respectfully submitted,

Dated: October 14, 2010

            /s/ Dwight M.. Samuel
            DWIGHT M. SAMUEL
            Attorney for Defendant, Norman A. Mike

Dated: October 14, 2010

            /s/ Gilbert Roque[1]
            GILBERT ROQUE
            Attorney for Defendant, Jose Mendoza-Garcia

Dated: October 14, 2010

            /s/ Robert L. Forkner[2]
            ROBERT L. FORKNER
            Attorney for Defendant, Miguel Abundez Mosqueda

Dated: October 14, 2010

            /s/ Benjamin D. Galloway[3]
            BENJAMIN D. GALLOWAY
            Attorney for Defendant, Alex Zavala-Tapia

Dated: October 14, 2010    BENJAMIN B. WAGNER
            United States Attorney

         By: /s/Samuel Wong[4]
            SAMUEL WONG
            Assistant United States Attorney

---

[1] Signed per email authorization.

[2] Signed per email authorization.

[3] Signed per telephone authorization.

[4] Signed per email/phone authorization.

ORDER

The Court having received, read, and considered the parties' stipulation, and GOOD CAUSE APPEARING therefrom, it is hereby ordered that the October 14, 2010, motion hearing be continued to until December 13, 2010 at 9:00 a.m.  The Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.  The Court finds that the failure to grant the requested continuance would deny the defendants' counsel reasonable time for effective preparation taking into account the exercise of due diligence.  THEREFORE, IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 from the date of the parties' stipulation, October 14, 2010, until December 13, 2010.

IT IS SO ORDERED.

Dated:   October 14, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE