DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.Com
916-447-1193

Attorney for Defendant
NORMAN ANGELO MIKE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-297 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| ALEX ZAVALA-TAPIA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between Norman Mike, Alex Zavala-Tapia, Jose Mendoza-Garcia and Miguel Abundez Mosqueda, by and through their respective counsel, Dwight M. Samuel, Benjamin Galloway, Gilbert Roque, and Robert Forkner and United States of America, by and through Samuel Wong, Assistant United States Attorney, that the Tuesday, February 8, 2011 evidence hearing be vacated and a status conference be scheduled for Tuesday, February 14, 2011, at **8:30 a.m.**

This case involves serious drugs and firearms charges with a possible maximum life sentence. New discovery is forthcoming. Parties seek to continue this hearing to allow both defense counsel and the government to review the new discovery and prepare for the evidence hearing to be reset.

It is further stipulated that the period from the date of this stipulation, February 4, 2011, through and including February 14, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4 for preparation of defense counsel.

Respectfully submitted,

Dated: February 4, 2011

        /s/ Dwight M.. Samuel
        DWIGHT M. SAMUEL
        Attorney for Defendant, Norman A. Mike

Dated: February 4, 2011

        /s/ Gilbert Roque[1]
        GILBERT ROQUE
        Attorney for Defendant, Jose Mendoza-Garcia

Dated: February 7, 2011

        /s/ Robert L. Forkner[2]
        ROBERT L. FORKNER
        Attorney for Defendant, Miguel Abundez Mosqueda

Dated: February 4, 2011

        /s/ Benjamin D. Galloway[3]
        BENJAMIN D. GALLOWAY
        Attorney for Defendant, Alex Zavala-Tapia

Dated: February 4, 2011        BENJAMIN B. WAGNER
        United States Attorney

        By:    /s/Samuel Wong[4]
                SAMUEL WONG
                Assistant United States Attorney

---

[1] Signed per email authorization.

[2] Signed per email authorization.

[3] Signed per telephone authorization.

[4] Signed per email authorization.

ORDER

The Court having received, read, and considered the parties' stipulation, and GOOD CAUSE APPEARING therefrom, it is hereby ordered that the February 4, 2011, evidence hearing be vacated and status conference be set on **February14, 2010 at 8:30 a.m.** The Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.  The Court finds that the failure to grant the requested continuance would deny the defendants' counsel reasonable time for effective preparation taking into account the exercise of due diligence.  THEREFORE, IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 from the date of the parties' stipulation, February 4, 2011, until February 14, 2011.

IT IS SO ORDERED.

Dated:   February 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE