BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,     )<br>  )<br>    v.                     )<br>  )<br>ALEX ZAVALA-TAPIA, et al., )<br>  )<br>        Defendants.    )<br>_____) | Case No. 2:09-CR-00297-WBS<br><br>PRELIMINARY ORDER OF FORFEITURE |

   Based upon the plea agreements entered into between plaintiff United States of America and defendants Norman Angelo Mike, Miguel Abundez Mosqueda, and Jose Mendoza-Garcia, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

   1.  Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(a), defendants Norman Angelo Mike, Miguel Abundez Mosqueda, and Jose Mendoza-Garcia's interests in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a) a Rossi brand combination survival .22 caliber rifle and 20 gauge shotgun, serial number SP436500, imported by Braztech L.C., and approximately fifteen 20 gauge shotgun shells.

1    2.  The above-listed property constitutes firearms and
2 ammunition involved in or used in a knowing violations of 18
3 U.S.C. § 924(c)(1)(A)(i) and 21 U.S.C. §§ 846 and 841(a)(1).
4    3.  Pursuant to Rule 32.2(b), the Attorney General (or his
5 designee) shall be authorized to seize the above-listed property.
6 The aforementioned property shall be seized and held by the
7 United States, in its secure custody and control.
8    4.  a.  Pursuant to 28 U.S.C. § 2461(c), incorporating 21
9 U.S.C. § 853(n) and Local Rule 171, the United States shall
10 publish notice of the order of forfeiture.  Notice of this Order
11 and notice of the Attorney General's (or a designee's) intent to
12 dispose of the property in such manner as the Attorney General
13 may direct shall be posted for at least 30 consecutive days on
14 the official internet government forfeiture site
15 www.forfeiture.gov.  The United States may also, to the extent
16 practicable, provide direct written notice to any person known to
17 have alleged an interest in the property that is the subject of
18 the order of forfeiture as a substitute for published notice as
19 to those persons so notified.
20       b.  This notice shall state that any person, other than
21 the defendants, asserting a legal interest in the above-listed
22 property, must file a petition with the Court within sixty (60)
23 days from the first day of publication of the Notice of
24 Forfeiture posted on the official government forfeiture site, or
25 within thirty (30) days from receipt of direct written notice,
26 whichever is earlier.
27    5.  If a petition is timely filed, upon adjudication of all
28 third-party interests, if any, this Court will enter a Final

Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 27th day of July, 2011.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE