BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-CR-00297-WBS |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| ALEX ZAVALA-TAPIA, et al., ) | |
| Defendants. ) | |

WHEREAS, on July 28, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) based upon the respective plea agreements entered into between plaintiff and defendants Norman Angelo Mike, Miguel Abundez Mosqueda, and Jose Mendoza-Garcia forfeiting to the United States the following property:

        a)    A Rossi brand combination survival .22 caliber rifle and 20 gauge shotgun, serial number P436500, imported by Braztech L.C., and approximately fifteen 20 gauge shotgun shells.

AND WHEREAS, beginning on August 2, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice

1  advised all third parties of their right to petition the Court
2  within sixty (60) days from the first day of publication of the
3  notice for a hearing to adjudicate the validity of their alleged
4  legal interest in the forfeited property;
5      AND WHEREAS, the United States attempted direct written
6  notice or sent direct written notice by certified mail to
7  Lawrence Doc Cantrell;
8      AND WHEREAS, the Court has been advised that no third party
9  has filed a claim to the subject property, and the time for any
10 person or entity to file a claim has expired.
11     Accordingly, it is hereby ORDERED and ADJUDGED:
12     1.  A Final Order of Forfeiture shall be entered forfeiting
13 to the United States of America all right, title, and interest in
14 the above-listed property pursuant to 18 U.S.C. § 924(d), 28
15 U.S.C. § 2461(c) and 21 U.S.C. § 853(a), to be disposed of
16 according to law, including all right, title, and interests of
17 Norman Angelo Mike, Miguel Abundez Mosqueda, and Jose Mendoza-
18 Garcia.
19     2.  All right, title, and interest in the above-listed
20 property shall vest solely in the name of the United States of
21 America.
22     3.  The Bureau of Alcohol, Tobacco, Firearms and Explosives
23 shall maintain custody of and control over the subject property
24 until it is disposed of according to law.
25     SO ORDERED this 24th day of May, 2012.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE